
Case 2:09-cr-00189-OP   Document 30   Filed 08/12/09   Page 1 of 2   Page ID #:188


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Christina Boers<br>　　　　　　Defendant. | Case No. CR09-0189 OP<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>· Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

　　　　On arrest warrant issued by the United States District Court for the ___CD   Cal___ involving alleged violations of conditions of probation/supervised release:

　　　　1.　The court finds that no condition or combination of conditions will reasonably assure:

　　　　　　A.　( ✓ ) the appearance of defendant as required; and/or

　　　　　　B.　(   ) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____
_____
_____
_____

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _previous failure to appear;_
_instant allegations_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 8/12/09

_____
United States Magistrate Judge